**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BERT TIPTON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CASINO FANDANGO L.L.C., a Nevada limited liability company,<br><br>    Defendant. | CASE NO. 24-cv-00561-ART-CLB<br><br>**ORDER OF REMAND** |

This matter having come before the Court on the Parties' Joint Motion for Remand, it is hereby ORDERED that this cause be remanded to the First Judicial District Court of Carson City County, Nevada for further proceedings with each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: January 24, 2025

_____
Anne R. Traum
United States District Court Judge